FRANCIS M. VERRILLI, Liquidating Partner of FRATELLI VERRILLI, a Bondholder of AMERICAN DEPARTMENT STORES CORPORATION OF PENNSYLVANIA, on His Own Behalf and on Behalf of All Others Similarly Situated, Appellant, v. AMERICAN DEPARTMENT STORES CORPORATION OF PENNSYLVANIA and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to serve a further amended complaint within ten

days from service of order upon payment of said costs, and the ten dollars motion costs allowed at the Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.